# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
220 West Depot Street, Suite 200
Greeneville, Tennessee 37743

(423) 639-3105
*www.tned.uscourts.gov*

**PATRICIA L. McNUTT**                                                    **JOHN L. MEDEARIS**
Clerk of the Court                                                         Chief Deputy Clerk

April 13, 2011

Caryn C Lederer and Joshua Karsh
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street
Suite 4000
Chicago, IL 60602

Re: 2:11-cv-113,  Cristobal Lopez et al v. Fish et al.

Dear Attorneys,

This letter is being sent to you because you have either filed a document on paper (rather than electronically) or the Clerk's Office has had to serve documents on you by mail.  Attached is a copy of the Court's order requiring attorneys to register as Electronic Filing Users and file their pleadings electronically through the CM/ECF system or show the presiding judge good cause for filing and serving documents in the traditional manner.

You may register for electronic filing and register yourself and/or your staff for training on our web site, www.tned.uscourts.gov, or you may give me a call.

The Clerk's Office is committed to assist you in any way possible to successfully use the electronic filing system.  If I can be of any assistance in this matter, please do not hesitate to let me know.

Sincerely,

s/Richard Connell
_____
Deputy Clerk
Case Manager
United States District Court
Eastern District of Tennessee
Greeneville Division
[423-639-3105]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

IN RE:                                    )
                                          )
ELECTRONIC CASE FILING                    )

# O R D E R

     Eastern District of Tennessee Local Rule 5.2 provides that "[a]t any time during the pendency of a case, the presiding judicial officer may require, absent a showing of good cause, that parties file documents electronically using the Court's Case Management/Electronic Case Files (CM/ECF) system."

     All attorneys practicing in the Eastern District of Tennessee must register as Electronic Filing Users and file their pleadings electronically through the CM/ECF system by **JANUARY 10, 2005**, or show the presiding judge good cause to file and serve documents in the traditional manner.

_____*s/R. Allan Edgar*_____
R. ALLAN EDGAR
CHIEF UNITED STATES DISTRICT JUDGE


_____*s/Curtis L. Collier*_____              _____*s/Thomas Gray Hull*_____
CURTIS L. COLLIER                                 THOMAS GRAY HULL
UNITED STATES DISTRICT JUDGE                      SENIOR UNITED STATES DISTRICT JUDGE


_____*s/Thomas W. Phillips*_____             _____*s/James H. Jarvis*_____
THOMAS W. PHILLIPS                                JAMES H. JARVIS
UNITED STATES DISTRICT JUDGE                      SENIOR UNITED STATES DISTRICT JUDGE


_____*s/Thomas A. Varlan*_____               _____*s/Leon Jordan*_____
THOMAS A. VARLAN                                  LEON JORDAN
UNITED STATES DISTRICT JUDGE                      SENIOR UNITED STATES DISTRICT JUDGE


_____*s/J. Ronnie Greer*_____
J. RONNIE GREER
UNITED STATES DISTRICT JUDGE