# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
220 West Depot Street, Suite 200
Greeneville, Tennessee 37743

(423) 639-3105
www.tned.uscourts.gov

**PATRICIA L. McNUTT**
Clerk of the Court

**JOHN L. MEDEARIS**
Chief Deputy Clerk

April 13, 2011

Caitlin I Berberich
Law Office of Caitlin I. Berberich
311 Plus Park Boulevard
Suite 135
Nashville, TN 37217

Re: 2:11-cv-113, Cristobal Lopez et al v. Fish et al.

Dear Attorneys,

This letter is being sent to you because you have either filed a document on paper (rather than electronically) or the Clerk's Office has had to serve documents on you by mail. Attached is a copy of the Court's order requiring attorneys to register as Electronic Filing Users and file their pleadings electronically through the CM/ECF system or show the presiding judge good cause for filing and serving documents in the traditional manner.

You may register for electronic filing and register yourself and/or your staff for training on our web site, www.tned.uscourts.gov, or you may give me a call.

The Clerk's Office is committed to assist you in any way possible to successfully use the electronic filing system. If I can be of any assistance in this matter, please do not hesitate to let me know.

Sincerely,

s/Richard Connell

_____
Deputy Clerk
Case Manager
United States District Court
Eastern District of Tennessee
Greeneville Division
[423-639-3105]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

IN RE: )
 )
ELECTRONIC CASE FILING )

## **O R D E R**

Eastern District of Tennessee Local Rule 5.2 provides that "[a]t any time during the pendency of a case, the presiding judicial officer may require, absent a showing of good cause, that parties file documents electronically using the Court's Case Management/Electronic Case Files (CM/ECF) system."

All attorneys practicing in the Eastern District of Tennessee must register as Electronic Filing Users and file their pleadings electronically through the CM/ECF system by **JANUARY 10, 2005**, or show the presiding judge good cause to file and serve documents in the traditional manner.

*s/R. Allan Edgar*
R. ALLAN EDGAR
CHIEF UNITED STATES DISTRICT JUDGE

| *s/Curtis L. Collier* | *s/Thomas Gray Hull* |
|---|---|
| CURTIS L. COLLIER | THOMAS GRAY HULL |
| UNITED STATES DISTRICT JUDGE | SENIOR UNITED STATES DISTRICT JUDGE |
| | |
| *s/Thomas W. Phillips* | *s/James H. Jarvis* |
| THOMAS W. PHILLIPS | JAMES H. JARVIS |
| UNITED STATES DISTRICT JUDGE | SENIOR UNITED STATES DISTRICT JUDGE |
| | |
| *s/Thomas A. Varlan* | *s/Leon Jordan* |
| THOMAS A. VARLAN | LEON JORDAN |
| UNITED STATES DISTRICT JUDGE | SENIOR UNITED STATES DISTRICT JUDGE |
| | |
| *s/J. Ronnie Greer* | |
| J. RONNIE GREER | |
| UNITED STATES DISTRICT JUDGE | |