## SETTLEMENT AGREEMENT AND
## RELEASE OF ALL CLAIMS

This Settlement Agreement and Release of All Claims ("Agreement") is entered into by and between Miguel Angel Cristobal Lopez, Magdaleno Lorenzo Roman Perez, Octavio Carlos Baro Romero, Arturo Baro Romero, Roberto Calvo Rosales, Mauro Ferrer Santiago, Abraham Ocampo Bahena, Vicente Pedraza Reza, Luis Roberto Rogel Hernandez, Ismael Ruiz Zeferino, Giovanni Sanchez Hernandez, Miguel Angel Sierra Everastico, Guillermo Ruiz Zeferino, and Juan Calderon Lagunas, on behalf of themselves, their heirs, executors, agents, representatives, administrators, survivors, assigns, attorneys, and anyone claiming through them (hereinafter, collectively referred to as "Plaintiffs" for purposes of this Agreement), and Jimmy Fish, Walter Fish, Christine Fish Gilliam (each d/b/a Fish Farms and individually), their respective predecessors, successors, assigns, and representatives as well as Fish Farms, Fish Farms Pioneer Tomatoes, LLC, the Estate of Larry Fish and their predecessors, successors, assigns, and representatives, (hereinafter collectively referred to as "Releasee").

WHEREAS, Plaintiffs were engaged to work at Fish Farms in 2010;

WHEREAS, Plaintiffs filed Charges of Discrimination, as amended, with the U.S. Equal Employment Opportunity Commission ("EEOC"), EEOC Charge Nos. 494-2011-00966, 494-2011-00962, 494-2011-00960, 494-2011-00958, 494-2011-00961, 494-2011-00963, 494-2011-00971, 494-2011-00964, 494-2011-00965, 494-2011-00970, 494-2011-00968, 494-2011-01201, 494-2011-01305, 494-2011-01200 ("EEOC Charges") and were issued Notices of Right to Sue dated December 8, 2011 and December 12, 2011;

WHEREAS, Plaintiffs also brought a civil action in the U.S. District Court for the Eastern District of Tennessee bearing Docket No. 2:11-cv-00113 styled *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.*, claiming violations of the Fair Labor Standards Act; 42 U.S.C. §1981; the Tennessee Public Protection Act; the Tennessee Human Rights Act; and common-law breach of contract; for all of which they sought various types of legal and equitable relief, including, without limitation, damages, attorneys' fees, and costs (the "Lawsuit");

WHEREAS, Francisco Javier Rogel Bedolla ("Bedolla") also was engaged to work at Fish Farms in 2010 and filed a Charge of Discrimination with the EEOC, EEOC Charge No. 494-2011-00959, as well as was a named Plaintiff in the civil action brought before the United States District Court for the Eastern District of Tennessee, bearing Docket No. 2:11-cv-00113, *Miguel Angel Cristobal Lopez, et al. v. Jimmy Carroll Fish d/b/a/ Fish Farms, et al.*;

WHEREAS, the Court has dismissed Bedolla's claims with full and final prejudice to the re-filing of the same and he no longer is a party to the Lawsuit;

WHEREAS, a bona fide dispute exists between Plaintiffs and Releasee regarding Plaintiffs' claims and Bedolla's former claims in the EEOC Charges and the Lawsuit;

WHEREAS, although Releasee denied and continues to deny that it violated any of Plaintiffs' or Bedolla's rights, including any rights under the Fair Labor Standards Act, 42 U.S.C.

1

§1981, the Tennessee Public Protection Act, the Tennessee Human Rights Act, the common law of Tennessee or any other federal, state or local law with respect to Plaintiffs and Bedolla, the parties desire to finally and forever resolve, compromise and settle any and all claims which Plaintiffs and Bedolla asserted, attempted to assert or could have asserted in the aforesaid EEOC Charges and/or Lawsuit, and any and all claims they might have arising out of or in any way related to their employment with Releasee, or otherwise.

NOW, THEREFORE, in consideration of the premises, covenants, promises and terms and conditions contained herein, the parties agree as follows:

1.    The above recitals are true and correct, form a material part of this Agreement and are incorporated herein by this reference.

2.    Releasee agrees to pay Plaintiffs and their attorneys the total sum of $390,000 in compromise and settlement of any and all claims that Plaintiffs have asserted, attempted to assert or could have asserted in the EEOC Charges and/or Lawsuit and any and all claims they may have arising out of or in any way related to the allegations contained in the Lawsuit, their employment with Releasee, their termination therefrom, or otherwise, including claims based on the Fair Labor Standards Act, claims under 42 U.S.C. §1981, the Tennessee Public Protection Act, the Tennessee Human Rights Act, common-law breach of contract and any claim for monetary, compensatory, liquidated or other damages and/or attorneys' fees.

Subject to the provisions of paragraph 3 hereof, the aforesaid total sum shall be paid, not later than thirty (30) business days from the last date any of the Plaintiffs have signed this Agreement, as follows:

a.    For the Plaintiffs:

    i.    Releasee will issue one check payable to Hughes Socol Piers Resnick & Dym, Ltd. IOLTA Trust Account in the amount of $132,000: for (1) amounts which have been designated by Plaintiffs as alleged back wages for a pay period of June 18, 2010 through October 31, 2010; and (2) amounts which have been designated by Plaintiffs as alleged compensatory and statutory damages, the allocation of which is set forth in Exhibit A to this Agreement;

    ii.    By ninety (90) days from the Effective Date (as defined below), Releasee will issue to each of the Plaintiffs, in the care of their counsel, pursuant to the allocations set forth in Exhibit A of this Agreement: (1) IRS Form W-2 for the amounts designated as alleged back wages; and (2) IRS Form 1099-MISC for the amounts designated as alleged non-wage damages;

b.    For Plaintiffs' Attorneys:

2

      i.     Releasee will issue one check payable to Hughes Socol Piers Resnick & Dym, Ltd. ("HSPRD") in the amount of $128,294 for litigation costs and Plaintiffs' attorneys' fees expended by HSPRD;

      ii.    Releasee will issue one check payable to Texas RioGrande Legal Aid Client Trust Account in the amount of $129,706 for litigation costs and Plaintiffs' attorneys' fees expended by Southern Migrant Legal Services, a Project of Texas RioGrande Legal Aid, Inc. ("SMLS");

      iii.   By ninety (90) days from the Effective Date (as defined below), Releasee will issue an IRS Form 1099-MISC to HSPRD (IRS No. 36-3339308) and to SMLS (IRS No. 74-1675230) for the payments described in paragraphs 2(b)(i)-(ii).

3.     Notwithstanding any provision herein to the contrary, Releasee will not be under any obligation to tender the above checks until after it has received an original of this Agreement duly executed by Plaintiffs, and after the U.S. District Court has approved this Agreement and has entered a Stipulated Judgment Approving Settlement Agreement. The effective date of this Agreement will be the date the Court enters a Stipulated Judgment Approving Settlement Agreement ("Effective Date").

4.     In consideration of such payment, Plaintiffs hereby knowingly, voluntarily and unconditionally, release, acquit and forever discharge Releasee of and from any and all claims asserted in their Lawsuit and EEOC Charges, all claims attempted to be asserted therein and all claims they could have asserted therein, and from any and all claims, liabilities, rights and causes of action they may have on account of or arising out of their employment with Releasee, their termination therefrom or otherwise, from the beginning of time through the Effective Date of this Agreement, of every kind and nature, whether based on federal or state law, statute, ordinance, regulation or common law, including, but not limited to, claims based on either tort or contract, retaliation, discrimination, unpaid wages, any claims under the Fair Labor Standards Act, 42 U.S.C. §1981, the Tennessee Public Protection Act, the Tennessee Human Rights Act, common law retaliation, violations of public policy, Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act, the Age Discrimination in Employment Act, any claims of wrongful or constructive discharge, any claims arising under ERISA, any claims of assault and battery, malicious prosecution, false imprisonment, outrageous conduct, negligent supervision, defamation, invasion of privacy, any and all claims for monetary, legal, compensatory, punitive, liquidated, or other damages, claims for alleged personal and physical injuries under state law, claims for equitable relief, damages or wages, including, but not limited to, back pay and/or front pay, minimum wages and/or overtime wages, reinstatement, costs, damages, interest, expenses of any kind, attorney's fees or any other claims, relief or damages arising from any employment, dealings or transactions whatsoever between Plaintiffs and Releasee and/or arising out of any alleged act or failure to act of Releasee. Plaintiffs further agree and acknowledge that by accepting the amounts hereunder that they are extinguishing, acquitting, and formally discharging their right to bring any action under the FLSA against Releasee for any matter

occurring before the Effective Date of this Agreement. Plaintiffs expressly acknowledge that this Agreement covers all known and unknown claims, in other words, for example, not just claims or facts that Plaintiffs know about, but also possible claims or facts that Plaintiffs do not know about or have not thought about.

5. It is further understood and agreed that this Settlement Agreement is a compromise of a strongly and highly disputed claim, and that the payment referenced in paragraph 2 is neither intended to be nor is it to be construed as an admission of liability on the part of any of the entities or persons released, or as an admission as to the validity of Plaintiffs' or Bedolla's claims. Each Plaintiff acknowledges under penalty of perjury that he understands that Releasee expressly denies the validity of each and every claim he has or may have had in any way arising out of his employment with Releasee, or otherwise. It is further understood and agreed that the Releases are not intended to be, nor are they to be construed to be, an acknowledgment of the validity of any of Plaintiffs' or Bedolla's claims asserted in the aforementioned Lawsuit or EEOC Charges.

6. It is understood and agreed that once the Court approves this Agreement and enters a Stipulated Judgment Approving Settlement Agreement, and following Releasee's payments to Plaintiffs and their attorneys pursuant to paragraph 2 of this Agreement, the action, *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.*, U. S. District Court for the Eastern District of Tennessee, Docket No. 2:11-cv-00113, will be dismissed on the merits and with prejudice, and each party to bear their own discretionary costs, expenses, and attorneys' fees related to the litigation (except as provided for in this Agreement). By executing this Agreement, Plaintiffs authorize and direct their attorneys to sign and file an appropriate Order of Dismissal dismissing the Lawsuit on the merits and with prejudice and any other court orders which may be necessary to dismiss the Lawsuit with prejudice and implement this Agreement, once Releasee has made all payments to Plaintiffs and their attorneys described in paragraph 2 of this Agreement.

7. Plaintiffs hereby acknowledge that they have had the opportunity to carefully read this Agreement (or, for any Plaintiffs who do not speak English, that they have had this Agreement translated to them) and to consult with their attorney(s) or other advisors regarding the terms and conditions of this Agreement. Plaintiffs affirm that this Agreement has been explained to them by their attorneys, their attorneys have answered their questions fully, and Plaintiffs understand the Agreement's terms, conditions, and effects; and that they do not rely upon any representations that may have been made by Releasee concerning the settlement of the Lawsuit, other than those made in this Agreement. Plaintiffs further acknowledge that the consideration they are receiving under this Agreement is in addition to anything of value to which they are already entitled. Plaintiffs also acknowledge that before executing this Agreement, they were given at least twenty-one (21) days in which to consider this Agreement, and, at their election, chose to execute this Agreement prior to the expiration of the twenty-one (21) day period, thereby waiving such twenty-one (21) day period.

8. The Plaintiffs covenant and agree never to institute, directly, indirectly, anonymously, or in any other manner, or participate as a party in, any civil action or proceeding (whether judicial, administrative or otherwise) of any kind whatsoever against Releasee or any of the parties related to Releasee as described above, after the Effective Date of this Agreement, relating to any matter released or discharged in this Agreement or any other matter occurring prior

4

to the Effective Date of this Agreement. Nothing in this provision shall be construed to prohibit Plaintiffs from participating in the United States Department of Labor ("DOL") proceedings related to the DOL's Notice of Determination of Wages Owed and Assessing Civil Monetary Penalties dated January 24, 2012 and Assessment of Civil Monetary Penalty for MSPA Violations dated January 24, 2012. Plaintiffs affirm they are entering into this Agreement willingly, freely, and without duress or promise, and with the intent and purpose to be legally bound thereby.

9.    Plaintiffs represent and warrant that they are the real party in interest, have the right to bring and compromise the Lawsuit to the exclusion of all others, and have not transferred or assigned any of their rights to any third party.

10.    Should any provision of this Agreement be declared or determined by any court to be illegal or invalid, the validity of the remaining parts, terms or provisions shall not be affected thereby, and said illegal or invalid part, term or provision shall be deemed not to be a part of this Agreement.  No waiver of any term or condition of this Agreement or any part hereof shall be deemed a waiver of any term or condition in this Agreement or any later breach of this Agreement.

11.    Should any question arise as to the construction or interpretation of this Agreement, this Agreement shall be construed and interpreted according to the laws of the State of Tennessee.

12.    The parties shall bear their own costs and attorneys' fees associated with the negotiation and preparation of this Agreement as well as the costs and attorneys' fees associated with representation sought and received in the Lawsuit and EEOC Charge, except as provided for in paragraph 2 of this Agreement.

13.    This Agreement may not be amended except by a subsequent agreement signed by all parties.

14.    The parties agree that the United States District Court for the Eastern District of Tennessee will retain jurisdiction over the parties to enforce this Agreement, if necessary.

15.    This Agreement may be executed in multiple counterparts.

16.    This Agreement represents the full and final understanding of the parties with respect to the subject matter hereof. This Agreement supersedes and merges any prior or contemporaneous oral agreements, arrangements, understandings, representations, communications, negotiations, and proposals between the parties concerning the subject matter contained herein.

Approved By:

HUGHES, SOCOL, PIERS, RESNICK
& DYM, LTD.

By: _Joshua Karsh_____
     Joshua Karsh, Illinois Bar #6203096

5

Approved By:

SOUTHERN MIGRANT LEGAL SERVICES, a
PROJECT OF TEXAS RIOGRANDE LEGAL AID,
INC.

By: _____
       Caitlin Berberich, BPR # 025780

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MIGUEL ANGEL CRISTOBAL LOPEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013        _____
                                                  MIGUEL ANGEL CRISTOBAL LOPEZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MAGDALENO LORENZO ROMAN PEREZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013        _____
                                                  MAGDALENO LORENZO ROMAN PEREZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am OCTAVIO CARLOS BARO ROMERO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013        _____
                                                  OCTAVIO CARLOS BARO ROMERO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ARTURO BARO ROMERO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013        _____
                                                  ARTURO BARO ROMERO

Approved By:

SOUTHERN MIGRANT LEGAL SERVICES, a
PROJECT OF TEXAS RIOGRANDE LEGAL AID,
INC.

By: _____
        Caitlin Berberich, BPR # 025780

By my signature below, I declare, under penalty of perjury under the laws of the United States of
America, that I am MIGUEL ANGEL CRISTOBAL LOPEZ, a plaintiff in the lawsuit *Miguel
Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the
foregoing is a true and correct statement of my agreement with Releasee.

Executed this 17 day of febrero , 2013     *Miguel Angel Cristobal*
                                            MIGUEL ANGEL CRISTOBAL LOPEZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of
America, that I am MAGDALENO LORENZO ROMAN PEREZ, a plaintiff in the lawsuit *Miguel
Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the
foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013     _____
                                              MAGDALENO LORENZO ROMAN PEREZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of
America, that I am OCTAVIO CARLOS BARO ROMERO, a plaintiff in the lawsuit *Miguel Angel
Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a
true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013     _____
                                              OCTAVIO CARLOS BARO ROMERO


By my signature below, I declare, under penalty of perjury under the laws of the United States of
America, that I am ARTURO BARO ROMERO, a plaintiff in the lawsuit *Miguel Angel Cristobal
Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and
correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013     _____
                                              ARTURO BARO ROMERO

Approved By:

SOUTHERN MIGRANT LEGAL SERVICES, a
PROJECT OF TEXAS RIOGRANDE LEGAL AID,
INC.

By: _____

    Caitlin Berberich, BPR # 025780

By my signature below, I declare, under penalty of perjury under the laws of the United States of
America, that I am MIGUEL ANGEL CRISTOBAL LOPEZ, a plaintiff in the lawsuit *Miguel
Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the
foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013      _____

                                              MIGUEL ANGEL CRISTOBAL LOPEZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of
America, that I am MAGDALENO LORENZO ROMAN PEREZ, a plaintiff in the lawsuit *Miguel
Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the
foregoing is a true and correct statement of my agreement with Releasee.

Executed this 17 day of Febrero, 2013      _____

                                           MAGDALENO LORENZO ROMAN PEREZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of
America, that I am OCTAVIO CARLOS BARO ROMERO, a plaintiff in the lawsuit *Miguel Angel
Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a
true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013      _____

                                              OCTAVIO CARLOS BARO ROMERO


By my signature below, I declare, under penalty of perjury under the laws of the United States of
America, that I am ARTURO BARO ROMERO, a plaintiff in the lawsuit *Miguel Angel Cristobal
Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and
correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013      _____

                                              ARTURO BARO ROMERO

Approved By:

SOUTHERN MIGRANT LEGAL SERVICES, a
PROJECT OF TEXAS RIOGRANDE LEGAL AID,
INC.

By: _____
      Caitlin Berberich, BPR # 025780

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MIGUEL ANGEL CRISTOBAL LOPEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ____ day of _____, 2013     _____
                                       MIGUEL ANGEL CRISTOBAL LOPEZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MAGDALENO LORENZO ROMAN PEREZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ____ day of _____, 2013     _____
                                       MAGDALENO LORENZO ROMAN PEREZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am OCTAVIO CARLOS BARO ROMERO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this *14* day of *Febrero*, 2013     _____
                                       OCTAVIO CARLOS BARO ROMERO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ARTURO BARO ROMERO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ____ day of _____, 2013     _____
                                       ARTURO BARO ROMERO

Approved By:

SOUTHERN MIGRANT LEGAL SERVICES, a
PROJECT OF TEXAS RIOGRANDE LEGAL AID,
INC.

By: _____
     Caitlin Berberich, BPR # 025780

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MIGUEL ANGEL CRISTOBAL LOPEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013    _____
                                         MIGUEL ANGEL CRISTOBAL LOPEZ

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MAGDALENO LORENZO ROMAN PEREZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013    _____
                                         MAGDALENO LORENZO ROMAN PEREZ

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am OCTAVIO CARLOS BARO ROMERO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013    _____
                                         OCTAVIO CARLOS BARO ROMERO

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ARTURO BARO ROMERO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this *19* day of *febrero*, 2013    _____
                                         ARTURO BARO ROMERO

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ROBERTO CALVO ROSALES, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this 16 day of Febrero, 2013

_____
ROBERTO CALVO ROSALES


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MAURO FERRER SANTIAGO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
MAURO FERRER SANTIAGO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ABRAHAM OCAMPO BAHENA, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
ABRAHAM OCAMPO BAHENA


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am VICENTE PEDRAZA REZA, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
VICENTE PEDRAZA REZA


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am LUIS ROBERTO ROGEL HERNANDEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
LUIS ROBERTO ROGEL HERNANDEZ

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ROBERTO CALVO ROSALES, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
ROBERTO CALVO ROSALES


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MAURO FERRER SANTIAGO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this *17* day of *Febrero* 2013

_____
MAURO FERRER SANTIAGO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ABRAHAM OCAMPO BAHENA, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
ABRAHAM OCAMPO BAHENA


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am VICENTE PEDRAZA REZA, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
VICENTE PEDRAZA REZA


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am LUIS ROBERTO ROGEL HERNANDEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
LUIS ROBERTO ROGEL HERNANDEZ

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ROBERTO CALVO ROSALES, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ____ day of _____, 2013          _____

                                                 ROBERTO CALVO ROSALES


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MAURO FERRER SANTIAGO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ____ day of _____, 2013          _____

                                                 MAURO FERRER SANTIAGO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ABRAHAM OCAMPO BAHENA, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this 15 day of Febrero, 2013          *Abraham Ocampo B.*

                                                 ABRAHAM OCAMPO BAHENA


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am VICENTE PEDRAZA REZA, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ____ day of _____, 2013          _____

                                                 VICENTE PEDRAZA REZA


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am LUIS ROBERTO ROGEL HERNANDEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ____ day of _____, 2013          _____

                                                 LUIS ROBERTO ROGEL HERNANDEZ

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ROBERTO CALVO ROSALES, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
ROBERTO CALVO ROSALES


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MAURO FERRER SANTIAGO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
MAURO FERRER SANTIAGO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ABRAHAM OCAMPO BAHENA, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
ABRAHAM OCAMPO BAHENA


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am VICENTE PEDRAZA REZA, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this _18_ day of _frebrero_ 2013

_Vicente Pedraza_ ~~Vicente~~
VICENTE PEDRAZA REZA


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am LUIS ROBERTO ROGEL HERNANDEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
LUIS ROBERTO ROGEL HERNANDEZ

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ROBERTO CALVO ROSALES, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
ROBERTO CALVO ROSALES


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MAURO FERRER SANTIAGO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
MAURO FERRER SANTIAGO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ABRAHAM OCAMPO BAHENA, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
ABRAHAM OCAMPO BAHENA


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am VICENTE PEDRAZA REZA, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
VICENTE PEDRAZA REZA


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am LUIS ROBERTO ROGEL HERNANDEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this 18 day of Febrero 2013

Luis Roberto RH
LUIS ROBERTO ROGEL HERNANDEZ

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ISMAEL RUIZ ZEFERINO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this 1̲8̲ day of f̲e̲b̲r̲e̲r̲o̲, 2013        I̲s̲m̲a̲e̲l̲ ̲R̲u̲i̲z̲ ̲Z̲e̲f̲e̲r̲i̲n̲o̲
ISMAEL RUIZ ZEFERINO

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am GIOVANNI SANCHEZ HERNANDEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013        _____
GIOVANNI SANCHEZ HERNANDEZ

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MIGUEL ANGEL SIERRA EVERASTICO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013        _____
MIGUEL ANGEL SIERRA EVERASTICO

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am GUILLERMO RUIZ ZEFERINO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013        _____
GUILLERMO RUIZ ZEFERINO

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am JUAN CALDERON LAGUNAS, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013        _____
JUAN CALDERON LAGUNAS

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ISMAEL RUIZ ZEFERINO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____ , 2013         _____
                                                  ISMAEL RUIZ ZEFERINO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am GIOVANNI SANCHEZ HERNANDEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this 15 day of FEBRERO 2013         _Giovanni S.H_____
                                             GIOVANNI SANCHEZ HERNANDEZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MIGUEL ANGEL SIERRA EVERASTICO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____ , 2013         _____
                                                  MIGUEL ANGEL SIERRA EVERASTICO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am GUILLERMO RUIZ ZEFERINO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____ , 2013         _____
                                                  GUILLERMO RUIZ ZEFERINO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am JUAN CALDERON LAGUNAS, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____ , 2013         _____
                                                  JUAN CALDERON LAGUNAS

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ISMAEL RUIZ ZEFERINO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
ISMAEL RUIZ ZEFERINO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am GIOVANNI SANCHEZ HERNANDEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
GIOVANNI SANCHEZ HERNANDEZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MIGUEL ANGEL SIERRA EVERASTICO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this 17 day of *febrero*, 2013

*Miguel angel sierra everastico*
MIGUEL ANGEL SIERRA EVERASTICO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am GUILLERMO RUIZ ZEFERINO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
GUILLERMO RUIZ ZEFERINO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am JUAN CALDERON LAGUNAS, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013

_____
JUAN CALDERON LAGUNAS

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ISMAEL RUIZ ZEFERINO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____ , 2013      _____
                                                ISMAEL RUIZ ZEFERINO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am GIOVANNI SANCHEZ HERNANDEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013       _____
                                                GIOVANNI SANCHEZ HERNANDEZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MIGUEL ANGEL SIERRA EVERASTICO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013       _____
                                                MIGUEL ANGEL SIERRA EVERASTICO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am GUILLERMO RUIZ ZEFERINO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this 15 day of Febrero, 2013           _____
                                                GUILLERMO RUIZ ZEFERINO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am JUAN CALDERON LAGUNAS, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ___ day of _____, 2013       _____
                                                JUAN CALDERON LAGUNAS

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am ISMAEL RUIZ ZEFERINO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ____ day of _____, 2013        _____
                                                 ISMAEL RUIZ ZEFERINO


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am GIOVANNI SANCHEZ HERNANDEZ, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ____ day of _____, 2013        _____
                                                 GIOVANNI SANCHEZ HERNANDEZ


By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am MIGUEL ANGEL SIERRA EVERASTICO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ____ day of _____, 2013        _____
                                                 MIGUEL ANGEL SIERRA EVERASTICO

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am GUILLERMO RUIZ ZEFERINO, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this ____ day of _____, 2013        _____
                                                 GUILLERMO RUIZ ZEFERINO

By my signature below, I declare, under penalty of perjury under the laws of the United States of America, that I am JUAN CALDERON LAGUNAS, a plaintiff in the lawsuit *Miguel Angel Cristobal Lopez, et al. vs. Jimmy Carroll Fish d/b/a Fish Farms, et al.* and that the foregoing is a true and correct statement of my agreement with Releasee.

Executed this 1M day of febrero, 2013        *Juan Calderon Lagunas*
                                             JUAN CALDERON LAGUNAS

Executed this 27 day of ___2___, 13.

_Walter J. Fish_
WALTER J. FISH

State of Tennessee )
County of Knox )

Before me, the undersigned, a Notary Public in and for said state and county on this the 27th day of February, 2013, personally appeared WALTER J. FISH who proved to me on the basis of satisfactory evidence, and who, upon oath and affirmation acknowledged himself to be WALTER J. FISH and that he executed the foregoing Settlement Agreement and Release of All Claims for the purposes contained therein by signing his name thereto.

Witness my hand and official seal this 27th day of February, 2013.

_Lisa L. Dossett_
Notary Public

MY COMMISSION EXPIRES: 11-23-2014



Executed this 27 day of ___Feb___, 2013.

_Jimmy Fish_
JIMMY FISH

State of Tennessee )
County of Knox )

Before me, the undersigned, a Notary Public in and for said state and county on this the 27th day of February, 2013, personally appeared JIMMY FISH who proved to me on the basis of satisfactory evidence, and who, upon oath and affirmation acknowledged himself to be JIMMY FISH and that he executed the foregoing Settlement Agreement and Release of All Claims for the purposes contained therein by signing his name thereto.

Witness my hand and official seal this 27th day of February, 2013.

_Lisa L. Dossett_
Notary Public

MY COMMISSION EXPIRES: 11-23-2014



9

Executed this _13_ day of _Feb_ , _13_ .

_Christine Fish Gilliam_
CHRISTINE FISH GILLIAM

State of _Tennessee_ )

                )

County of _Knox_ )

       Before me, the undersigned, a Notary Public in and for said state and county on this the _27th_ day of _February_ , _2013_, personally appeared CHRISTINE FISH GILLIAM who proved to me on the basis of satisfactory evidence, and who, upon oath and affirmation acknowledged herself to be CHRISTINE FISH GILLIAM and that she executed the foregoing Settlement Agreement and Release of All Claims for the purposes contained therein by signing her name thereto.

       Witness my hand and official seal this _27th_ day of _February_, _2013_ .

_Lisa L. Dossett_
Notary Public

MY COMMISSION EXPIRES: _11-23-2014_

LISA L. DOSSETT
STATE
OF
TENNESSEE
NOTARY
PUBLIC
KNOX COUNTY

## EXHIBIT A

The $132,000 amount set forth in Paragraph 2(a)(i) of this Agreement for Plaintiffs' alleged damages shall be paid to each Plaintiff as follows:

1.  Miguel Angel Cristobal Lopez, a total of $8,000 of which $2,323 is designated as back wages and $5,677 is designated as compensatory and statutory damages;

2.  Magdaleno Lorenzo Roman Perez, a total of $7,000 of which $2,323 is designated as back wages and $4,677 is designated as compensatory and statutory damages;

3.  Octavio Carlos Baro Romero, a total of $8,000 of which $2,323 is designated as back wages and $5,677 is designated as compensatory and statutory damages;

4.  Arturo Baro Romero, a total of $7,000 of which $2,323 is designated as back wages and $4,677 is designated as compensatory and statutory damages;

5.  Roberto Calvo Rosales, a total of $7,000 of which $2,323 is designated as back wages and $4,677 is designated as compensatory and statutory damages;

6.  Mauro Ferrer Santiago, a total of $7,000 of which $2,323 is designated as back wages and $4,677 is designated as compensatory and statutory damages;

7.  Abraham Ocampo Bahena, a total of $7,000 of which $2,323 is designated as back wages and $4,677 is designated as compensatory and statutory damages;

8.  Vicente Pedraza Reza, a total of $7,000 of which $2,323 is designated as back wages and $4,677 is designated as compensatory and statutory damages;

9.  Luis Roberto Rogel Hernandez, a total of $7,000 of which $2,323 is designated as back wages and $4,677 is designated as compensatory and statutory damages;

10. Ismael Ruiz Zeferino, a total of $7,000 of which $2,323 is designated as back wages and $4,677 is designated as compensatory and statutory damages;

11. Giovanni Sanchez Hernandez, a total of $7,000 of which $2,323 is designated as back wages and $4,677 is designated as compensatory and statutory damages;

12. Miguel Angel Sierra Everastico, a total of $7,000 of which $2,323 is designated as back wages and $4,677 is designated as compensatory and statutory damages;

13. Guillermo Ruiz Zeferino, a total of $40,000 of which $2,875 is designated as back wages and $37,125 is designated as compensatory and statutory damages; and

14. Juan Calderon Lagunas, a total of $6,000, of which $2,185 is designated as back wages and $3,815 is designated as compensatory and statutory damages.