IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| Miguel Angel Cristobal Lopez, et. al. | ) | |
| Plaintiffs, | ) | |
| Vs. | ) | No. 2:11-cv-113 |
| Jimmy Carroll Fish d/b/a Fish Farms, et. al. | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

The parties appear, by and through counsel, and announce to the Court that all matters in controversy herein have been resolved and that this case should be dismissed. Accordingly, it is ORDERED that this case is DISMISSED on the merits with full and final prejudice to the refiling of the same.

IT IS FURTHER ORDERED that each party shall bear their own costs, including all discretionary costs and attorneys' fees.

**ENTERED:**

_____
Hon. J. Ronnie Greer
U.S. District Judge

APPROVED FOR ENTRY:

HUGHES, SOCOL, PIERS, RESNICK
   & DYM, LTD.

By:_____
   Matthew J. Piers, Illinois Bar #2206161
   Joshua Karsh, Illinois Bar #6203096
   Caryn Lederer, Illinois Bar #630449
   **Attorneys for Plaintiffs**
   70 W. Madison Street, Ste. 4000
   Chicago, IL 60602
   Telephone: (312) 580-0100
   Fax: (312) 580-1994


SOUTHERN MIGRANT LEGAL SERVICES

By:_____
   Caitlin Berberich, BPR#025780
   **Attorney for Plaintiffs**
   311 Plus Park Blvd., Suite 135
   Nashville, TN 37217
   Telephone: (615) 750-1200
   Fax: (615) 366-3349


ARNETT, DRAPER & HAGOOD


By:_____
   Dan D. Rhea, BPR #005927
   Jay W. Mader, BPR #016199
   Stacie D. Miller, BPR #024155
   **Attorneys for Defendants**
   **Jimmy Carroll Fish d/b/a Fish Farms,**
   **Walter Jackson Fish d/b/a Fish Farms,**
   **and Christine Fish Gilliam d/b/a Fish Farms**
   P. O. Box 300
   Knoxville, Tennessee 37901-0300
   (865) 546-7000 - Voice
   (865) 546-0423 - Facsimile